UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　　　　CHAPTER 13
TRACEY MARIE WILSON　　　　　　　　　　　CASE NO. 05-44864-PJS
　　　　　　　　　　　　　　　　　　　　　　JUDGE PHILLIP J SHEFFERLY

Debtor　　　　　　　　　　　　　　　　　/

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM. # | TRUSTEE CLM. # | CLASS OF CLAIM | CHECK # | AMT. OF CHECK |
|---|---|---|---|---|---|
| TRACEY MARIE WILSON<br>8515 TOWNE CENTER CIR N<br>WARREN, MI 48093 | 0 | 0 | Debtor Refund Unclaimed | 3413051 | $0.68 |
| TOTAL | | | | | $0.68 |

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Standing Trustee

February 14, 2011

　　　　　　　　　/s/ KRISPEN S. CARROLL
　　　　　　　　　KRISPEN S. CARROLL (P49817)
　　　　　　　　　719 Griswold
　　　　　　　　　Suite 1100
　　　　　　　　　Detroit, MI 48226
　　　　　　　　　(313) 962-5035
　　　　　　　　　notice@det13ksc.com